UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MATA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., doing business as TESLA MOTORS, INC.; and DOES 1 through 10, Inclusive,<br><br>Defendants. | No.: 4:23-cv-04626-HSG<br><br>Assigned to: Haywood S Gilliam, Jr<br><br>**ORDER** |

Having considered the Parties' Stipulation to Request an Order to Adjourn Deadlines, and good cause appearing, it is hereby ORDERED that:

The Initial Case Management Conference and all other deadlines set forth in the Case Management Conference Order are ADJOURNED.

**IT IS SO ORDERED**.

Dated: 11/29/2023

_____
Hon. Haywood S Gilliam, Jr
United States District Judge